# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02241-DDD-SKC

JAIME GENTRY,

    Plaintiff,

v.

EPHESIANS 320 PARTNERS LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties, Jaime Gentry, as Mother and Natural Guardian of RG, a minor, and Defendant, Ephesians 320 Partners LLC, jointly stipulate to the dismissal of this action with prejudice, each party to bear her or its own costs.

Respectfully submitted this 1st day of February, 2022.

| | |
|---|---|
| *s/ John P. Fuller w/ permission* | *s/ Rebecca M. Lindell* |
| John P. Fuller, Esq. | Rebecca M. Lindell |
| Fuller, Fuller & Associates, P.A. | Ogletree, Deakins, Nash, Smoak & |
| 12000 Biscayne Blvd., Suite 502 | Stewart, P.C. |
| North Miami, FL 33181 | 2000 South Colorado Boulevard |
| Tel: (305)891-5199 | Denver, CO  80222 |
| jpf@fullerfuller.com | Telephone:  303.764.6800 |
| | Facsimile:  303.831.9246 |
| | rebecca.lindell@ogletree.com |
| Kara W. Edmunds, Esq. | |
| Edmunds Law Firm | |
| 2280 Forest Avenue | |
| Boulder, CO 80304 | |
| Tel: (303) 953-0863 | |
| kara@kwelaw.com | |
| | |
| *Attorneys for Plaintiff, Jaime Gentry, as Mother and Natural Guardian of RG, a minor* | *Attorneys for Defendant  Ephesians 320 Partners LLC* |

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of February, 2022, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John P. Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL  33181
jpf@fullerfuller.com

Kara W. Edmunds
Edmunds Law Firm
2280 Forrest Avenue
Boulder, CO  80304
kara@kwelaw.com

                *s/ Alison L. Shaw*
                s/ Alison L. Shaw, Paralegal